```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A94-0444--CV (JKS)
                         "SHARON K. ARAJI V UNIVERSITY OF ALASKA"

               Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/29/94
            Closed: 03/12/98

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    CIVIL RIGHTS ACTION   RE 1964    42:2000
            Origin: (1) Original Proceeding
            Demand: 300
        Filing fee: Paid $120.00 on 09/29/94 receipt # 00094099
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ARAJI, SHARON K. | Herbert A. Viergutz<br>Barokas & Martin<br>1029 W. 3rd Avenue, Suite 280<br>Anchorage, AK 99501<br>907-276-8010<br>FAX 907-276-5334 |
| DEF 1.1 | ALASKA, UNIVERSITY OF | Mark E. Ashburn<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331<br>FAX 907-277-8235 |
| DEF 2.1 | BEHREND, DONALD | Mark E. Ashburn<br>(see above) |
| DEF 3.1 | BEETON, BEVERLY | Mark E. Ashburn<br>(see above) |
| DEF 4.1 | MILLER, C. WAYNE | Mark E. Ashburn<br>(see above) |
| DEF 5.1 | UNIVERSITY OF ALASKA GRIEVANCE COUNSEL | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A94-0444--CV (JKS)
                "SHARON K. ARAJI V UNIVERSITY OF ALASKA"

                        For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/29/94
           Closed: 03/12/98

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   CIVIL RIGHTS ACTION   RE 1964    42:2000
           Origin: (1) Original Proceeding
           Demand: 300
       Filing fee: Paid $120.00 on 09/29/94 receipt # 00094099
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 09/29/94 | Complaint filed; Summons issued. |
| 2 - | 1 | 09/29/94 | PLF 1 Jury Demand |
| 3 - | 1 | 10/07/94 | JWS Order recusing himself, this case is transferred to Judge Singleton for all further proceedings.  cy cnsl, Judge Singleton. |
| 4 - | 1 | 10/18/94 | DEF 1 Attorney Appearance of M. Ashburn [ASHBURN]. |
| 5 - | 1 | 10/20/94 | DEF 1 Answer to Complaint . |
| 6 - | 1 | 12/08/94 | PLF 1 motion to amend complaint w/att memo and proposed amended complt. |
| 7 - | 1 | 12/23/94 | JKS Order [16b] that stat rpt and dvry needs due  w/n 21dys. cc cnsl |
| 8 - | 1 | 12/30/94 | JKS Order granting motion to amend complaint (6-1). cc cnsl |
| 9 - | 1 | 12/30/94 | PLF 1 Complaint (Amended) . |
| 10 - | 1 | 01/06/95 | DEF 1 non-opposition to PLF 1 motion to amend complaint w/att memo and proposed amended complt. (6-1) |
| NOTE - | 1 | 01/13/95 | Issued: S/C re: D2,3,4,5 and E. Gorsuch |
| 11 - | 1 | 01/13/95 | Report re: scheduling and planning . |
| 12 - | 1 | 01/20/95 | Scheduling and Planning Order ddln set; jnt stat of issues due 2/6/95; dvry close 10/30/95; dvry, disp, in limine mot due 11/30/95;TBJ est 10dys. ccc nsl |
| 13 - | 1 | 01/23/95 | DEF 2-4 Attorney Appearance |
| 14 - | 1 | 01/27/95 | DEF 1-4 Answer to Complaint [amended]. |
| 15 - | 1 | 01/30/95 | PLF 1 Notice of rule 26 [a] [1] disclosures. |
| 16 - | 1 | 01/30/95 | PLF 1 Witness List [prelim] |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A94-0444--CV (JKS)
              "SHARON K. ARAJI V UNIVERSITY OF ALASKA"

                      For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 - | 1 | 02/06/95 | Joint Statement [preliminary] of issues. |
| 18 - | 1 | 03/01/95 | DEF 1 motion to stay until resolution of concurrent state proceedings w/att memo. |
| 19 - | 1 | 03/06/95 | PLF 1 motion for ext of time till 4/4/95 to file plft opp to deft mot to stay w/att aff and exhbt. |
| 20 - | 1 | 03/08/95 | DEF 1-4 non-opposition to PLF 1 motion for ext of time till 4/4/95 to file plft opp to deft mot to stay w/att aff and exhbt. (19-1) |
| 21 - | 1 | 03/10/95 | JKS Order granting motion for ext of time till 4/4/95 to file plft opp to deft mot to stay (19-1). cc cnsl |
| 22 - | 1 | 03/13/95 | JKS Order re: failure to serve UofA Grievance Counsel. c cnsl |
| 23 - | 1 | 04/03/95 | PLF 1 motion that plft have 20dys fm production by deft of list of counsel members to effect service w/att exhbts. |
| 24 - | 1 | 04/04/95 | PLF 1 opposition to DEF 1 motion to stay until resolution of concurrent state proceedings w/att exhbt.. (18-1) |
| 25 - | 1 | 04/05/95 | Stipulation for protective order re: confidentiality of documents. |
| 25 - | 2 | 04/07/95 | JKS Order granting stip re: protective order re: confidentiality of documents. cc cnsl |
| 26 - | 1 | 04/10/95 | DEF 1-4 reply to opposition to DEF 1 motion to stay until resolution of concurrent state proceedings (18-1) |
| 27 - | 1 | 04/10/95 | DEF 1-4 opposition to PLF 1 motion that plft have 20dys fm production by deft of list of counsel members to effect service . (23-1) |
| 28 - | 1 | 04/12/95 | PLF 1 reply to opposition to PLF 1 motion that plft have 20dys fm production by deft of list of counsel members to effect service (23-1) |
| 29 - | 1 | 05/05/95 | PLF 1 motion to compel |
| 30 - | 1 | 05/08/95 | JKS Order granting motion to stay until resolution of concurrent state proceedings (18-1), motion that plft have 20dys fm production by deft of list of counsel members (23-1) ALL PROCEEDINGS IN THIS FEDERAL CASE ARE STAYED PENDING FINAL JUDGMENT IN THE PARALLEL STATE PROCEEDINGS NOW PENDING.  tHE PARITES SHALL NOTIFY THIS COURT W/IN 45 DAYS OF ENTRY OF FINAL JUDGMENT IN THE ST. CRT., UNLESS A TIMELY APPEAL IS FILED IN WHICH CASE THE PARTIES SHALL NOTIFY THIS COURT WINTIN 10 DAYS OF RECEIPT OF THE MANDATE OF THE SUPREME COURT OF ALASKA. |
| 31 - | 1 | 05/08/95 | DEF 1-4 motion to dismiss title IX claim agaisnt individual defendants w/att memo. |
| 32 - | 1 | 05/08/95 | DEF 1-4 motion for partial s/j on the application of statutes of limitations with att aff |
| 33 - | 1 | 05/08/95 | DEF 1-4 motion to dismiss plft title VII cliam with att memo. |
| 34 - | 1 | 05/23/95 | DEF 1-4 motion for protective order re: requests for documentation re: pay adjustment with att memo. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A94-0444--CV (JKS)
                         "SHARON K. ARAJI V UNIVERSITY OF ALASKA"

                                  For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------

   34 -   2   05/23/95   DEF 1-4 opposition to PLF 1 motion to compel (29-1) w/att memo.

   35 -   1   05/24/95   JKS Minute Order denying w/out prejudice to renewal at a later time:
                         motion to compel (29-1), motion to dismiss (31-1), motion for partial
                         s/j (32-1), motion to dismiss (33-1), motion for protective order (34-1)
                         cc cnsl

   36 -   1   06/26/95   PLF 1 Notice of Absence of cnsl 7/7/95 to 7/30/95.

   37 -   1   01/30/96   JKS Minute Order pltf cnsl to file status report on or before 2/19/96 .
                         cc: cnsl.

   38 -   1   02/20/96   PLF 1 Status Report re: court order of 1/30/96.

   39 -   1   09/09/96   JKS Minute Order re pltf counsel is directed to file a status report by
                         10/2/96 re case stayed (dkt #30).cc: cnsl

   40 -   1   10/02/96   PLF 1 Status Report pursuant to court order dkt #39.

   41 -   1   10/03/96   JKS Order that status report dtd 10/2/96 is accepted; further report
                         due12/2/96. cc cnsl

   42 -   1   12/02/96   PLF 1 Status Report w/att exhibit

   43 -   1   12/04/96   JKS Minute Order that status report of 12/2/96 is accepted; further
                         status report/closing papers due 2/4/97.  cc cnsl

   44 -   1   02/04/97   PLF 1 Status Report pursuant to crt ord at dkt #43.

   45 -   1   02/07/97   JKS Minute Order re status report dated 2/4/97 is accepted.  A further
                         status report due 4/4/97, unless closing papers are sooner filed. cc:
                         cnsl

   46 -   1   04/04/97   PLF 1 Report re: status

   47 -   1   04/08/97   JKS Minute Order re the status report dated 4/4/97 is accepted.  A
                         further report to be filed by the plt by 7/1/97, unless closing papers
                         are sooner filed. cc:cnsl

   48 -   1   07/01/97   PLF 1 Report re: status.

   49 -   1   07/07/97   JKS Minute Order re: further status report due on or before 10/6/97,
                         unless closing papers are sooner filed. cc:cnsl

   50 -   1   10/06/97   PLF 1 Status report per order @ #49.

   51 -   1   10/14/97   JKS Minute Order status report dated 10/6/97 accepted.  Further status
                         report due 1/6/98 unless closing papers are sooner filed.  cc:cnsl

   52 -   1   01/06/98   PLF 1 Status Report per crt ord @ dkt #51 w/ att exhs.

   53 -   1   01/07/98   JKS Minute Order re: status report dated 1/6/98 accepted, further report
                         due 4/30/98.  cc:cnsl

   54 -   1   03/10/98   PLF 1; DEF 1-4 Stipulation for dismissal w/prejudice.

   54 -   2   03/12/98   JKS Order Granting stipulation for dismissal with prejudice (54-1).  the
                         partie to bear their own costs & fees.  cc:cnsl

 ACRS: R_VDSDX                   As of 02/07/06 at 12:41 PM by NON-NET                      Page 3
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A94-0444--CV (JKS)
"SHARON K. ARAJI V UNIVERSITY OF ALASKA"

For all filing dates

Document #   Filed   Docket text